# First District Court of Appeal
## State of Florida

_____

No. 1D21-617
_____

KEITH SMITH,

    Appellant,

    v.

CLAY COUNTY SHERIFF'S
OFFICE/QUAL-LYNX,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: December 27, 2019.

September 30, 2021

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, MAKAR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Geoffrey Bichler, Suzanna Mary Scarborough, and Vincent J. Leuzzi of Bichler & Longo, PLLC, Maitland, for Appellant.

Richard M. Stoudemire of Saalfield Shad, P.A., Jacksonville, for Appellees.